**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE No.: _____

HOWARD CARABALLO,

      Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC

      Defendant.

_____/

## NOTICE OF REMOVAL

Defendant Ocwen Loan Servicing, LLC ("Defendant"), by counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes the above-captioned civil action currently pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.  In support of this Notice of Removal, Defendant states as follows:

**I.      BACKGROUND AND PROCEDURAL POSTURE**

1.      On March 5, 2018, Plaintiff Howard Caraballo ("Plaintiff") filed a Complaint against Defendant, in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, in a case styled as *Howard Caraballo v. Ocwen Loan Servicing, LLC,* No. 18-CC-012561 ("State Court Action").

2.      On or about March 12, 2018, Defendant received notice of the Complaint, which is the initial pleading setting forth the claims for relief upon which this removal is based.

3.       Removal of this Complaint is timely under 28 U.S.C. § 1446(b) because this

Notice of Removal was filed within thirty days after Defendant received the initial pleading on

March 12, 2018.

4.       The United States District Court for the Middle District of Florida, Tampa

Division, is the district and division within which this action is pending under 28 U.S.C.

§§ 1441(a), 1446(a), and is, therefore, the proper venue for this action.  *See also* M.D. Fla. L.R.

1.02.

5.       Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process,

pleadings, and orders received by Defendant in the State Court Action are attached hereto as

Composite Exhibit A.[1]

6.       In accordance with 28 U.S.C. § 1446(d), Defendant has contemporaneously

filed a Notice of Removal with the Circuit Court of the Thirteenth Judicial Circuit in and for

Hillsborough County, Florida.[2]  A copy of Defendant's Notice to State Court of Removal to

Federal Court is attached hereto as Exhibit B.

7.       In accordance with 28 U.S.C. § 1446(d), Defendant has also given written

notice to Plaintiff by contemporaneously serving this Notice of Removal on counsel for

Plaintiff.

8.       In filing this Notice of Removal, Defendant does not waive and specifically

reserves any and all defenses, exceptions, rights, and motions, including defenses concerning

---

[1] A review of the docket in the State Court Action reflects that on March 23, 2018, the Plaintiff filed an Amended Complaint.  As of the date of this Notice of Removal, Defendant has not been served the Amended Complaint.
[2] A review of the docket in the State Court Action reflects that on March 29, 2018, the case was transferred from County Court to the Circuit Court.

improper or lack of service. No statement or omission in this Notice shall be deemed an admission of any allegations or damages sought in the Complaint.

9.      As set forth below, this case is properly removed to this Court based on federal question jurisdiction.

**II.      REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION**

10.      Removal is proper under 28 U.S.C. § 1441(a), because this United States District Court has original jurisdiction over this case pursuant to 28 U.S.C. §§ 1331. Section 1331 provides that the District Courts shall have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

11.      The two-count Complaint appears to seek recovery under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA"). *See generally*, Ex. A, Complaint.

12.      The Eleventh Circuit has made clear that a federal court has federal question jurisdiction over TCPA and FDCPA claims pursuant to 28 U.S.C. § 1331. *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242, 1249 (11th Cir. 2014); *Hawthorne v. Mac Adjustment, Inc.*, 140 F.3d 1367 (11th Cir. 1998); *Mims v. Arrow Fin. Servs. LLC*, 132 S. Ct. 740, 753 (2012).

WHEREFORE, Defendant Ocwen Loan Servicing, LLC hereby removes the above-captioned action now pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and respectfully requests that this District Court assume exclusive jurisdiction of this action, entering such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Dated: April 10, 2018.                         Respectfully submitted,

                                                **McGUIREWOODS LLP**

                                                By */s/ Courtney A. McCormick*
                                                Sara F. Holladay-Tobias
                                                Florida Bar No. 0026225
                                                Primary E-Mail: stobias@mcguirewoods.com
                                                Secondary E-Mail: flservice@mcguirewoods.com
                                                Emily Y. Rottmann
                                                Florida Bar No. 0093154
                                                Primary E-Mail: erottmann@mcguirewoods.com
                                                Secondary E-Mail: clambert@mcguirewoods.com
                                                Courtney A. McCormick
                                                Florida Bar No. 0092879
                                                Primary E-Mail: cmccormick@mcguirewoods.com
                                                Secondary E-Mail: flservice@mcguirewoods.com
                                                50 N. Laura Street, Suite 3300
                                                Jacksonville, Florida 32202
                                                (904) 798-3200
                                                (904) 798-3207 (fax)

                                                *Counsel for Defendant Ocwen Loan Servicing, LLC*

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Email on April 10, 2018 to the following:

Young Kim, Esq.
Consumer Law Attorneys
2325 Ulmerton Rd., Ste. 16
Clearwater, FL 33762
service@consumerlawattorneys.com
ykim@consumerlawattorneys.com
jguzman@consumerlawattorneys.com

*Counsel for Plaintiff Howard Caraballo*

                    */s/ Courtney A. McCormick*
                           Attorney