## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLIRIDA
## TAMPA DIVISION

HOWARD CARABALLO,

        Case No. 8:18-cv-00860-RAL-CPT

      Plaintiff,

 v.

OCWEN LOAN SERVICING, LLC,

      Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

    **COMES NOW**, Plaintiff, Howard Caraballo (hereinafter, "Plaintiff"), by and through the undersigned counsel and pursuant to Middle District of Florida Local Rule 3.08, and hereby submits this *Notice of Pending Settlement*.  In support thereof, Plaintiff states:

    1.    Plaintiff and Defendant, Ocwen Loan Servicing, LLC (hereinafter, "Defendant"), have reached a settlement in principle with regard to all claims filed by Plaintiff against Defendant. The parties are in the process of finalizing the settlement documentation.

    2.    To the extent this Court treats the foregoing as a motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that they have consulted with Defendant's counsel and Defendant has no objection to the relief sought.

    Dated: July 18, 2018.

                Respectfully submitted,

                **LAW OFFICES OF RICK G. BANNON, P.A.**

                /s/ *G. Tyler Bannon*
                **G. Tyler Bannon, Esq., FBN 0105718**
                **Lead Trial Counsel**
                1901 Dr. M.L. King Jr. Street N.
                St. Petersburg, FL 33704
                Phone: (727) 896-4455

Fax: (727) 895-1312
tyler@rbannonlaw.com
jbannon@rbannonlaw.com
*Counsel for Plaintiff*

and

**CONSUMER LAW ATTORNEYS CORP.**

/s/ *Young Kim*
**Young Kim, Esq., FBN 122202**
2325 Ulmerton Rd., Ste. 16
Clearwater, FL 33762
Phone: (877) 241-2200
ykim@consumerlawattorneys.com
jguzman@consumerlawattorneys.com
service@consumerlawattorneys.com
*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed and served a true and correct copy of the

foregoing *Notice of Pending Settlement* via CM/ECF this 18th day of July 2018 to:

Sara F. Holladay-Tobias, Esq.
Emily Y. Rottmann, Esq.
Courtney A. McCormick, Esq.
McGuireWoods LLP
50 N. Laura St., Ste. 3300
Jacksonville, FL 32202
stobias@mcguirewoods.com
erottmann@mcguirewoods.com
cmccormick@mcguirewoods.com
clambert@mcguirewoods.com
flservice@mcguirewoods.com
*Counsel for Defendant*

/s/ *G. Tyler Bannon*
Counsel for Plaintiff