# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLIRIDA
## TAMPA DIVISION

HOWARD CARABALLO,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

Case No. 8:18-cv-00860-RAL-CPT

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiff, Howard Caraballo (hereinafter, "Plaintiff"), and Defendant, Ocwen Loan Servicing, LLC (hereinafter, "Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41 and agree that Plaintiff's cause against Defendant is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees as agreed.

Dated: August 21, 2018.

/s/ *G. Tyler Bannon*
G. Tyler Bannon, Esq.
Florida Bar No. 105718
Law Offices of Rick G. Bannon, P.A.
1901 Dr. M.L. King Jr. Street N.
St. Petersburg, FL 33704
Phone: (727) 896-4455; Fax: (727) 895-1312
tyler@rbannonlaw.com
jbannon@rbannonlaw.com
*Counsel for Plaintiff*

/s/ *Young Kim*
Young Kim, Esq.
Consumer Law Attorneys Corp.
2325 Ulmerton Rd., Ste. 16
Clearwater, FL 33762
Phone: (877) 241-2200

/s/ *Courtney A. McCormick*
Courtney A. McCormick, Esq.
Florida Bar No. 92879
Emily Yandle Rottmann, Esq.
Florida Bar No. 93154
Sara F. Holladay-Tobias, Esq.
Florida Bar No. 26225
McGuire Woods, LLP
50 N. Laura Street, Ste. 3300
Jacksonville, FL 32202-3661
Phone: (904) 798-3200
cmccormick@mcguirewoods.com
erottmann@mcguirewoods.com
stobias@mcguirewoods.com
*Counsel for Defendant*

ykim@consumerlawattorneys.com
jguzman@consumerlawattorneys.com
service@consumerlawattorneys.com
*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed and served a true and correct copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* via CM/ECF this 21st day of August 2018 to:

Sara F. Holladay-Tobias, Esq.
Emily Y. Rottmann, Esq.
Courtney A. McCormick, Esq.
McGuirewoods LLP
50 N. Laura St., Ste. 3300
Jacksonville, FL 32202
stobias@mcguirewoods.com
erottmann@mcguirewoods.com
cmccormick@mcguirewoods.com
clambert@mcguirewoods.com
flservice@mcguirewoods.com
*Counsel for Defendant*

Young Kim, Esq.
Consumer Law Attorneys Corp.
2325 Ulmerton Rd., Ste. 16
Clearwater, FL 33762
ykim@consumerlawattorneys.com
jguzman@consumerlawattorneys.com
service@consumerlawattorneys.com
*Co-counsel for Plaintiff*

/s/ *G. Tyler Bannon*
Counsel for Plaintiff